UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | | |
|---|---|---|
| ADRIENE C. FINKLEY-NIXON, | ) | Civil Action No. 0:21-cv-01616-JD-PJG |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| KILOLO KIJAKAZI, | ) | |
| Acting Commissioner of | ) | |
| Social Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court by way of a Motion to Remand by Defendant Kilolo Kijakazi, Acting Commissioner of the Social Security Administration. (DE 12.) Pursuant to the power of the Court to enter a judgment affirming, modifying, or reversing the Commissioner's decision with remand in Social Security actions under sentence four of 42 U.S.C. § 405(g), and in light of the Commissioner's request for remand with consent of the Plaintiff of this action for further proceedings, it is hereby

**ORDERED** that the decision of the Commissioner is **VACATED** and this case is remanded to an administrative law judge under sentence four of 42 U.S.C. § 405(g) with a REMAND of the cause to the Commissioner for further administrative proceedings consistent with Defendant's Memorandum in Support of its Motion.[1] See Shalala v. Schaefer, 509 U.S. 292 (1993).

---

[1] The Clerk of the Court will enter a separate judgment pursuant to the Federal Rules of Civil Procedure, Rule 58.

**IT IS SO ORDERED.**

_____
Joseph Dawson, III
United States District Judge

Greenville, South Carolina
November 23, 2021