UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | | |
|---|---|---|
| Adriene N.,[1] | ) | Civil Action No. 0:21-cv-01616-JD |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| | ) | |
| KILOLO KIJAKAZI,[2] | ) | |
| Acting Commissioner of | ) | |
| Social Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |
|                           | ) | |

The above referenced Social Security case is before this Court upon Plaintiff's Motion for Attorney's Fees pursuant to the Equal Access to Justice Act ("EAJA") in the amount of $6,500.00 in fees and $752.00 in costs. Plaintiff filed this motion on February 21, 2022. Defendant filed a response on February 24, 2022, stating he does not object to the requested amount of attorney fees and expenses under the EAJA.

**IT IS, THEREFORE, ORDERED** that the motion for attorney's fees is **GRANTED** in the amount of $6,500.00 in attorney's fees and $752.00 in costs under the EAJA, and the Court directs the award be paid directly to Plaintiff.

**IT IS SO ORDERED.**

Joseph Dawson, III
United States District Judge

Greenville, South Carolina
February 28, 2022

---

[1] The Committee on Court Administration and Case Management of the Judicial Conference of the United States has recommended that, due to significant privacy concerns in social security cases, federal courts should refer to claimants only by their first names and last initials.

[2] Kilolo Kijakazi became the Acting Commissioner of Social Security on July 9, 2021. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Kilolo Kijakazi should be substituted, therefore, for Andrew Saul as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).